O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE LEE SYKES,<br><br>Petitioner<br><br>v.<br><br>HAMES HILL, Warden,<br><br>Respondent. | Case No. 2:23-cv-10914-DDP (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the habeas petition [Dkt. 1, "Petition"], the Motion to Dismiss the Petition and all related briefing [Dkts. 10, 12], and the Report and Recommendation of United States Magistrate Judge [Dkt. 14, "Report"]. The time for filing Objections to the Report has passed, and no Objections have been received by the Court.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: the Motion is GRANTED; the Petition is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction; and Judgment shall be entered accordingly.

DATE: March 10, 2025

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE