JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE LEE SYKES,<br><br>    Petitioner<br><br>    v.<br><br>JAMES HILL, Warden,<br><br>    Respondent. | Case No. 2:23-cv-10914-DDP (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed without prejudice.

DATE: March 10, 2025

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE